# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THE SALVATION ARMY,

    Plaintiff,

v.

THE NATIONAL LABOR
RELATIONS BOARD a federal
administrative agency, CRYSTAL
CAREY, in her official capacity as the
General Counsel for the National Labor
Relations Board, and ELIZABETH
KERWIN, in her official capacity as
the Regional Director of NLRB Region
7

    Defendant.

Case No. 26-cv- _____

Hon. _____

Magistrate Judge _____

---

**BODMAN PLC**
*Attorneys for Plaintiff*
John T. Below (P48677)
Gary S. Fealk (P53819)
Amanda McSween Empey (P84594)
201 W. Big Beaver Road, Suite 500
Troy, MI  48084
(248) 743-6000
jbelow@bodmanlaw.com
gfealk@bodmanlaw.com
aempey@bodmanlaw.com

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

# STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4: The Salvation Army, who is a (check one)

☒ PLAINTIFF   ☐ DEFENDANT   ☐ OTHER: _____, makes the

following disclosure:[1]

## PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C § 1332.  [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

☐ This party is a corporation incorporated in the State of Michigan and with a principal place of business in the State of Michigan.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

_____

_____

_____

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☐  This party is a trust.

    If so, identify each trustee and each trustee's State of citizenship.  If any trustee is an entity, identify the citizenship of the entity.

---

---

---

## PART II – FINANCIAL AFFILIATIONS

☒  None of the entries below applies to this party.

☐  This party has one or more parent entities.

    If so, identify all parent entities.

---

---

---

☐  This party has one or more subsidiaries.

    If so, identify all subsidiaries.

---

---

---

☐  This party has one or more affiliates.

    If so, identify all affiliates.

---

3

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☐  An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

    If so, identify all such owners.

☐  An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

    If so, identify each such entity's financial interest in the litigation.

    Respectfully submitted,

    **BODMAN PLC**

    */s/ John T. Below*
    John T. Below (P48677)
    Gary S. Fealk (P53819)
    Amanda McSween Empey (P84594)
    201 W. Big Beaver Road, Suite 500
    Troy, MI  48084
    (248) 743-6000
    jbelow@bodmanlaw.com
    gfealk@bodmanlaw.com
    aempey@bodmanlaw.com

Dated: January 12, 2026    *Attorneys for Plaintiff*