UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THE SALVATION ARMY,

       Plaintiff,                                      Case No. 26-cv-10501
                                                        Hon. Matthew F. Leitman

v.

THE NATIONAL LABOR
RELATIONS, et al.,

       Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                           s/Matthew F. Leitman
                                                           MATTHEW F. LEITMAN
                                                           UNITED STATES DISTRICT JUDGE

Dated:  January 21, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 21, 2026, by electronic means and/or ordinary mail.

                                                           s/Holly A. Ryan
                                                           Case Manager
                                                          (313) 234-5126